**2013–1323. State v. Jones.**

Hamilton App. No. C–110709. On motion for delayed appeal. Motion denied.

PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2013–1324. State v. Greathouse.**

Montgomery App. No. 21536, 2007-Ohio-2136. On motion for delayed appeal. Motion denied.

**2013–1345. State v. Jabbaar.**

Cuyahoga App. No. 98218, 2013-Ohio-1655. On motion for delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2013–1347. State v. Denney.**

Summit App. No. 26845. On motion for delayed appeal. Motion denied.

**2013–1348. State v. Walton.**

Wyandot App. Nos. 16–12–13 and 16–12–14, 2013-Ohio-2147. On motion for delayed appeal. Motion denied.

KENNEDY and O'NEILL, JJ., dissent.

**2013–1376. State v. Rieman.**

Putnam App. No. 12–13–02. On motion for delayed appeal. Motion denied.

**2013–1386. Capital One Bank (USA), N.A. v. Ryan.**

Franklin App. No. 13AP–401. On motion for stay of court of appeals' judgment. Motion denied.

**2013–1401. State v. Gaona.**

Licking App. No. 11 CA 61, 2012-Ohio-3622. On motion for delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2013–1404. State v. Roark.**

Warren App. No. CA2012–04–036, 2013-Ohio-217. On motion for delayed appeal. Motion denied.

**2013–1406. State v. Bobo.**

Warren App. No. CA2012–09–091. On motion for delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2013–1407. State v. Osley.**

Lucas App. No. L–11–1291, 2013-Ohio-2807. On motion for delayed appeal. Motion denied.

KENNEDY and O'NEILL, JJ., dissent.

**2013–1410. State v. Sowards.**

Gallia App. No. 06CA13, 2013-Ohio-3265. On motion for stay of sentence. Motion denied.

O'CONNOR, C.J., and KENNEDY and O'NEILL, JJ., dissent.

**2013–1412. State v. Leggett.**

Williams App. No. WM–13–002. On motion for delayed appeal. Motion denied.

**2013–1434. Brunner v. Germany.**

Hamilton App. No. C–130569. On motion for emergency stay pending appeal. Motion denied.

**2013–1444. State v. Anderson.**

Franklin App. No. 12AP–516, 2013-Ohio-2454. On motion for delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2013–1448. State v. Banks.**

Seneca App. No. 13–12–18, 2013-Ohio-649. On motion for delayed appeal. Motion denied.

**2013–1452. State v. Adams.**

Franklin App. No. 12AP–83, 2012-Ohio-5088. On motion for delayed appeal. Motion denied.

FRENCH, J., not participating.